AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ridha Hussain Al-Tamimi
A75 056 997

SUMMONS IN A CIVIL CASE

V.

Michael B. Mukasey et al.

Case: 1:08-cv-00843
CAS  Assigned To : Friedman, Paul L.
Assign. Date : 5/15/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Attorney's Office
Jeffrey Taylor
Mailing Address: 555 4th St NW
Delivery Address: 501 3rd St NW
Washington DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Ave. NW
Suite 325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 15 2008

CLERK                                DATE

_____
(By) DEPUTY CLERK

(Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | May 16, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Elizabeth S. Reynolds | Paralegal |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. Attorney's Office  501 3rd St #4500
Gary Nails Received the Complaint //    Washington D.C.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 20, 2008          *Elizabeth S Reynolds* (signature)
              Date                  Signature of Server

1666 Connecticut Ave. NW #325 Washington D.C. 20009
Address of Server

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS
_20_ DAY OF May, 20 _08_

*Gretchen Calbert* Notary

My Commission Expires  10-31-2011

⁽¹⁾ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.