AO 440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ridha Hussain Al-Tamimi
A75 056 997

**SUMMONS IN A CIVIL CASE**

V.

Michael B. Mukasey et al.

Case: 1:08-cv-00843
Assigned To : Friedman, Paul L.
Assign. Date : 5/15/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Morris H. Deutsch
Carolyn Ann Killea
M. Deutsch Immigration Law Firm
1666 Connecticut Ave. NW
Suite 325
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY 15 2008
_____  _____
CLERK                              DATE

_____
(By) DEPUTY CLERK


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1820 0003 7025 6264
Status: Delivered

Your item was delivered at 4:52 AM on May 19, 2008 in WASHINGTON, DC 20530.

*Additional Details >*  *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

---

Site Map  Contact Us  Forms  Gov't Services  Jobs  Privacy Policy  Terms of Use  National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ |

Postmark Here — WASHINGTON DC 20009 — MAY 15 2008

Sent To: Michael Mukasey Attorney General
Street, Apt. No.; or PO Box No.: USDOJ 950 Pa Av NW
City, State, ZIP+4: Washington DC 20530-0001

PS Form 3800, June 200_  See Reverse for Instructions

7005 1820 0003 7025 6264

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL B. MUKASEY,
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

2. Article Number (Transfer from service label)
7005 1820 0003 7025 6264

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY
A. Signature  X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   05-19-2008
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes