
**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm　　　FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0003 7025 6240**
Status: **Delivered**

Your item was delivered at 7:42 AM on May 19, 2008 in WASHINGTON, DC 20528.

*Additional Details >*　　*Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.　Go >

---

Site Map　　Contact Us　　Forms　　Gov't Services　　Jobs　　Privacy Policy

Copyright© 1999-2007 USPS. All Rights Reserved.　　No FEAR Act EEO Data

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ $2.02
Certified Fee $2.70
Return Receipt Fee (Endorsement Required) $2.?0
Restricted Delivery Fee (Endorsement Required) $0.
Total Postage & Fees $ $6.9?

Sent To: Emilio Gonzalez USCIS Director
Street, Apt. No. or PO Box No.: DHS Office of General Counsel
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002　　See Reverse for Instructions

7005 1820 0003 7025 6240

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EMILIO T. GONZALEZ, Director
USCIS
U.S. Department of Homeland Security
Office of the General Counsel
Washington, D.C. 20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)　DHS

C. Date of Delivery  5/19/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail　☐ Express Mail
☐ Registered　☐ Return Receipt for Merchandise
☐ Insured Mail　☐ C.O.D.

4. Restricted Delivery? (Extra Fee)　☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0003 7025 6240

PS Form 3811, February 2004　Domestic Return Receipt　102595-02-M-1540