

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0003 7025 6233
Status: **Delivered**

Your item was delivered at 7:42 AM on May 19, 2008 in WASHINGTON, DC 20528.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $2.02 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.92 |

Sent To: Paul Novak USCIS Director VSC
Street, Apt. No.; or PO Box No.: DHS Office of General Counsel
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0003 7025 6233

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PAUL NOVAK, Director
USCIS Vermont Service Center
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

2. Article Number (Transfer from service label): 7005 1820 0003 7025 6233

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [name]   Date of Delivery: MAY 2008
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes