
**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0003 7025 6226**
Status: **Delivered**

Your item was delivered at 7:42 AM on May 19, 2008 in WASHINGTON, DC 20528.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL

| | |
|---|---|
| Postage | $2.02 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.92   05/15/2008 |

Sent To: Greg Christian USCIS District Dir.
Street, Apt. No.; or PO Box No.: DHS Office of General Counsel
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
GREG CHRISTIAN, District Director
USCIS Washington District Office
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

ACCEPTED IN OFFICIAL CAP[...]

2. Article Number (Transfer from service label)
7005 1820 0003 7025 6226

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt