
**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 7005 1820 0003 7025 6257
Status: Delivered

Your item was delivered at 7:42 AM on May 19, 2008 in WASHINGTON, DC 20528.

*Additional Details >*     *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $2.02 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.92 |

Sent To: Michael Chertoff Secretary DHS
Street, Apt. No. or PO Box No.: DHS Office of the General Counsel
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002    See Reverse for Instructions

7005 1820 0003 7025 6257

---

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MICHAEL CHERTOFF, Secretary
Department of Homeland Security
U.S. Department of Homeland Security
Office of the General Counsel
Washington, D.C. 20528

AL-TAMIMI V MUKASEY

COMPLETE THIS SECTION ON DELIVERY
A. Signature X _____ ☐ Agent ☐ Addressee
B. Received by ( Printed Name )    MAY 19 2008
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

ACCEPTED IN OFFICIAL CAPACITY

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0003 7025 6257

---

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    6/27/2008