**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1820 0003 7025 6271
Status: **Delivered**

Your item was delivered at 4:26 AM on May 19, 2008 in WASHINGTON, DC 20535.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Sent To: Robert Mueller III Director
Street, Apt. No. or PO Box No.: FBI 935 Pa Av NW
City, State, ZIP+4: Washington DC 20535-0001

7005 1820 0003 7025 6271