UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIDHA HUSSAIN AL-TAMIMI,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL B. MUKASEY, Attorney General,<br>U.S. Department of Justice, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 08-0843 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), the parties to the above-entitled action hereby stipulate to dismiss this action against all Defendants without prejudice, with each party to bear its own costs and fees.  The parties expressly reserve any and all rights they may have under the Federal Rules of Civil Procedure to reopen or reconsider dismissal of this action.

Dated: July 14, 2008
　　　　Washington, DC

Respectfully submitted,

　/s/
MORRIS H. DEUTSCH
CAROLYN ANN KILLEA
M. Deutsch Immigration Law Firm
1666 Connecticut Ave, NW, Suite 325
Washington, DC 20009
(202) 728-0820

*Attorneys for Plaintiff*

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

- 2 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*